JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HORACE REEVES, | ) | NO. SA CV 09-1018 CAS (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| P. L. VASQUEZ, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 15, 2009.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE